*Joseph T. Wilson, Truman Plantz* and *George H. Davis* for appellant.

*Frank J. Fitzpatrick* and *Thomas J. Campbell* for respondent.

*Per · Curiam.* The evidence is uncontradicted and unimpeached (*Hull* v. *Littauer*, 162 N. Y. 569) that the member holding the defendant's certificate became " intemperate in the use of alcoholic drinks."

The effect of such intemperance was, by the terms of the contract, a forfeiture of the certificate and of all benefits thereunder.

The judgment of the Appellate Division and that of the Trial Term should be reversed, and the complaint dismissed, with costs in all courts.

HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ., concur.

Judgment reversed, etc.

------

J. VAN VECHTEN OLCOTT, as Receiver in Bankruptcy of the FERGUSON CONTRACTING COMPANY, Appellant, *v.* STATE OF NEW YORK, Respondent.

*State — contract for public work — refusal by contractor to perform after alteration by state of terms of contract — claim for extra work and material and damage by delay dismissed.*

*Olcott* v. *State of New York*, 203 App. Div. 837, affirmed.

(Argued October 25, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 1, 1922, which affirmed a judgment of the Court of Claims dismissing a claim against the state to recover for alleged extra work and materials furnished and damages for delay and for interference by the state in the performance of work under a contract for the construction of a portion of the Barge canal. The defense was that the contractor breached his contract by refusing to perform after certain alterations of its terms by the state.

*Brainard Tolles* and *Richard E. Dwight* for appellant.
*Carl Sherman,* Attorney-General (*Wilber W. Chambers*
of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, POUND, McLAUGHLIN and CRANE, JJ.
Dissenting: HISCOCK, Ch. J., CARDOZO and ANDREWS, JJ.

---

CARL L. VIETOR, Respondent, *v.* THE NATIONAL CITY
BANK OF NEW YORK, Appellant.

*Bills, notes and checks — letter of credit — failure to honor drafts drawn
thereunder — action to recover amount thereof.*

*Vietor* v. *Natl. City Bank of New York,* 206 App. Div. 664, affirmed.
(Argued November 21, 1923; decided December 27, 1923.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered April 30, 1923, affirming a judgment
in favor of plaintiff entered upon a verdict directed by
the court. The action was brought to recover $96,406.25,
the amount of three drafts drawn by the plaintiff, under
a confirmed documentary letter of credit for $187,500,
issued by the defendant to the plaintiff on May 24, 1920,
available by sight drafts, covering 6,000 cases of tin
plates, " shipment within October 15, 1920," accompanied
by ocean bills of lading to the order of the defendant,
Barcelona, Spain, insurance certificate and consular
invoice; drafts to be presented not later than October
14, 1920. The complaint alleged that the plaintiff, prior
to October 14, 1920, presented to the defendant the
three drafts in question, accompanied by the documents
called for by the letter of credit, and that the defendant
failed to honor the drafts. The answer denied perform-
ance of the terms of the letter of credit by the plaintiff.

*John A. Garver* and *Carl A. Mead* for appellant.
*Herbert R. Limburg* and *Morris J. Hirsch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
CRANE and ANDREWS, JJ. Not voting: McLAUGHLIN, J.